UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS, | No. 2:15-cv-01286 KJM GGH |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OFCALIFORNIA, et al. | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2015, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

The court writes separately to note that petitioner's objections are also responsive to the magistrate judge's order to show cause why the petition should not be dismissed for failure to

exhaust state court remedies.  Petitioner appears to acknowledge that he has not exhausted state court remedies with respect to any of the three claims in the petition before the court, and that those claims are pending before the state court of appeal.  *See* ECF No. 9 at 3.  Given that acknowledgement, for the reasons set forth in the findings and recommendations this court has no authority to stay this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2015, are adopted in full;

2. Petitioner's motion for stay and abeyance, ECF No. 2, is DENIED; and

3. This matter is referred back to the magistrate judge for further proceedings on the July 20, 2015 order to show cause.

DATED: October 7, 2015.

_____
UNITED STATES DISTRICT JUDGE