UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS,<br><br>                    Petitioner,<br><br>         v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>                    Respondents. | No.  2:15-cv-01286 KJM GGH<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On October 31, 2016, the magistrate judge filed Findings and Recommendations, which were served on petitioner and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 18.  Petitioner has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

/////

1

the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 31, 2016, are adopted in full;

2. The court grants petitioner a stay and holds his filed petition in abeyance until the pending state court exhaustion proceedings have been completed; and

3. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 5, 2017.

UNITED STATES DISTRICT JUDGE