UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS, JR., | No. 2:15-cv-1286 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2019, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. The magistrate judge recommends dismissal of this action for failure to exhaust state court in remedies. In his objections, petitioner asserts that he exhausted state court remedies with two California Supreme Court habeas corpus petitions, Case Nos. 5234384 and 5232389.

1

1  Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date
2  of this order petitioner shall supplement his May 28, 2019 objections, ECF No. 33, by filing a
3  copy of the petition for writ of habeas corpus filed in the California Supreme Court and assigned
4  Case No. 5234384 and a copy of the petition for writ of habeas corpus filed in the California
5  Supreme Court and assigned Case No. 5232389. Petitioner shall include with his filing a cover
6  sheet that states that he is filing the two state habeas corpus petitions to supplement his May 28,
7  2019 objections, ECF No. 33, and in response to this order. Failure to comply with this order will
8  result in the dismissal of this action.

DATED: July 23, 2019.

_____
UNITED STATES DISTRICT JUDGE